# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE MAYNARD, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-2649-SHL-atc |
| ) | |
| I SQUARE MANAGEMENT, LLC and ) | |
| HS HIEX HOTEL, LLC, ) | |
|     Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' notice of removal (ECF No. 1), filed September 13, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the joint Stipulation of Dismissal with Prejudice (ECF No. 46), filed August 20, 2025, all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 21, 2025
Date